CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 NOV 29 PM 1:53

DEPUTY CLERK ac

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLLO DIVISION

| | | |
|---|---|---|
| ITTHISON PHENGSENGKHAM, Petitioner, | : | |
| v. | : | Civil Action No. 2:10-CV-185 |
| | : | |
| UNITED STATES OF AMERICA, | : | |

## PETITIONER'S MOTION FOR EVIDENTIARY HEARING

**NOW COMES** the Petitioner, Itthison Phengsengkham, pro se, with this Motion For Evidentiary Hearing pursuant to Rule 8 of the Rules Governing § 2255 Proceedings, and in support of the foregoing respectfully sets forth as follows:

1. Concomitant to the foregoing motion Petitioner has filed the entitled Amendment To Motion To Vacate, Set Aside, Or Correct Sentence By Person In Federal Custody (hereinafter, "Motion To Vacate"), together with the entitled Memorandum of Law In Support of Amendment To Motion To Vacate, Set Aside, Or Correct Sentence By Person In Federal Custody (hereinafter, "Memorandum In Support Of Amendment"), which documents Petitioner hereby incorporates by reference as if fully set forth herein.

2. "[A] court should hold a hearing 'unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief.'" United States v. Robinson, 2010 U.S. App.LEXIS 11675 (5th Cir.) quoting 28 U.S.C. § 2255(b).

3. "When (as here) facts are at issue in a § 2255 proceeding, a hearing is required if: (1) the record, as supplemented by the trial judge's personal knowledge or recollection, does not conclusively negate the facts alleged in support of the claim for § 2255 relief; and (2) the movant would be entitled to post-conviction relief as a legal matter if his factual allegations are true." Tucker v. United States, 275 Fed. Appx. 402, 404 (5th Cir. 2008) citing, inter alia, Friedman v. United States, 588 F.2d 1010, 1015 (5th Cir. 1979).

4. For such reasons as set forth in the above-incorporated documents, Petitioner contends he has carried his burden with respect to his entitlement to an evidentiary hearing.

**WHEREFORE**, Petitioner respectfully moves this Honorable Court grant the following relief:

A. Grant the foregoing motion, and schedule this matter for an evidentiary hearing; and

B. Grant such other and further relief as this Honorable Court may deem just, equitable, and fair.

Respectfully submitted by,

PETITIONER, PRO SE

DATED: November 22, 2010

Itthison Phengsengkham

## Certificate of Mailing And Service

I, Itthison Phengsengkham, by depositing with the institutional mail officer at USP Pollock, hereby certify, under penalty of perjury, that on the above-given date a true copy of the foregoing **PETITIONER'S MOTION FOR EVIDENTIARY HEARING** was mailed, ppd., appropriate first class postage affixed, to:

(a) Clerk of the Court
U.S. District Court
For the Northern District of Texas
205 E. 5th Ave, Room No. 133
Amarillo, Texas 79101

(2) Marc W. Barta, AUSA
1100 Commerce Street, Third Floor
Dallas, Texas 75424-1699

Itthison Phengsengkham

⇔36471-177⇔
Itthison Phengsengkham
P.O. Box 2099
United States Penitentry
Pollock, LA - 71467
United States

ALEXANDRIA LA 713
24 NOV 2010PM 1 T

USA FIRST-CLASS FOREVER

⇔36471-177⇔
Clerk U S District Court
Clerk of the Court
205 E. 5th Ave. Room #133
Northern District of Tx
Amarillo, TX - 79101
United States

RECEIVED
NOV 29 2010
ac
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101+1556